**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 00-cr-00218-LTB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ALDEN P. HOUSE,

        Defendant.

---

ORDER ALLOWING DISCLOSURE OF PRESENTENCE INVESTIGATION REPORT
TO THE MIDDLE DISTRICT OF PENNSYLVANIA

---

      THIS MATTER is before the Court upon request by the U. S. Probation Office in the Middle District of Pennsylvania for permission to review the Presentence Investigation Report prepared in this case. Upon further review, the Court

      ORDERS the Presentence Investigation Report prepared for this Court may be disclosed and viewed by the sentencing judge, the Assistant U.S. Attorney, the U.S. Probation Office, and the attorney for the defendant, and

      FURTHER ORDERS that the Presentence Investigation Report shall not be copied or in any way disclosed beyond the scope of this Order.

      DATED at Denver, Colorado, this __22nd__ day of August, 2007.

                                        BY THE COURT:

                                        __s/Lewis T. Babcock__
                                        LEWIS T. BABCOCK
                                        United States District Judge